UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD McELVEEN, on behalf of Himself and on behalf of all persons similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>QUALITY INTEGRATED SERVICES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-18-414-C<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On June 21, 2019, Plaintiff Chad McElveen, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Quality Integrity Services, Inc. ("QIS" "Defendant") (collectively the "Parties"), filed a Joint Motion to Approve FLSA Settlement. The Court held a hearing on that Motion on July 16, 2019. The parties have now filed a joint Position Statement addressing concerns raised by the Court at the hearing. Upon review of that document, the Court's concerns regarding the determination of the attorneys' fees and the issues with the Notice are resolved.

As noted in the Parties' Joint Motion to Approve FLSA Settlement, the Parties have arrived at a settlement and have requested Court approval of their settlement agreement. The Court has reviewed the proposed settlement agreement and finds the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the Parties concerning the merits of the claims asserted in this action, and demonstrated a good faith intention by the Parties to fully and finally resolve all claims asserted.

Accordingly, the Parties' Joint Motion for Approval of FLSA Settlement (Dkt. No. 41) is hereby GRANTED and the related settlement agreement is APPROVED.

**IT IS SO ORDERED** this 3rd day of September, 2019.

*[Signature]*
ROBIN J. CAUTHRON
United States District Judge