# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD McELVEEN, on behalf of Himself and on behalf of all persons similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>QUALITY INTEGRATED SERVICES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-18-414-C<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate that this action be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted this 13th day of April 2020.

                Respectfully submitted,

                */s/(signed by filing counsel with permission)*
                Beatriz Sosa-Morris
                BSosaMorris@smnlawfirm.com
                Texas State Bar No. 24076154
                John Neuman
                JNeuman@smnlawfirm.com
                Texas State Bar No. 24083560
                SOSA-MORRIS NEUMAN, PLLC
                5612 Chaucer Drive
                Houston, TX 77005
                Telephone: (281) 885-8844
                Facsimile: (281) 885-8813

                Amber L. Hurst, OBA # 21231
                HAMMONS, HURST & ASSOCIATES
                325 Dean A. McGee Ave
                Oklahoma City, OK 73012

Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amber@hammonslaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Kristin M. Simpsen*
Tony G. Puckett, OBA # 13336
Kristin M. Simpsen, OBA # 22302
Philip R. Bruce, OBA # 30504
MCAFEE & TAFT
A Professional Corporation
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone:    (405) 235-9621
Facsimile:     (405) 235-0439
tony.puckett@mcafeetaft.com
kristin.simpsen@mcafeetaft.com
philip.bruce@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 13th day of April 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to any ECF registrants for this case.

  Amber L. Hurst, OBA # 21231
  HAMMONS, GOWENS, HURST & ASSOCIATES
  325 Dean A. McGee Ave
  Oklahoma City, OK 73012
  Telephone: (405) 235-6100
  Facsimile: (405) 235-6111
  amber@hammonslaw.com

  Beatriz Sosa-Morris
  BSosaMorris@smnlawfirm.com
  Texas State Bar No. 24076154
  John Neuman
  JNeuman@smnlawfirm.com
  Texas State Bar No. 24083560
  SOSA-MORRIS NEUMAN, PLLC
  5612 Chaucer Drive
  Houston, TX  77005
  Telephone: (281) 885-8844
  Facsimile: (281) 885-8813

  **ATTORNEYS FOR PLAINTIFF**

              *s/Kristin M. Simpsen*
              Kristin M. Simpsen